IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 AUG 15 PM 4:56

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

Jo Ann Terry and Curtis Terry, Plaintiff

v.

Fairfield Properties LP,

2037 Walnut Community LLC,

United Parcel Sevice,

FedEX Ground, Defendant(s).

FRONT RANGE PATROL

Jury Trial requested:
(please check one)
√ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jo Ann Terry and Curtis Terry 2300 Walnut Street Apt. 330 Denver, CO 80205
(Name and complete mailing address)

720 327 8254  Jlsyisacurs@icloud.com
(Telephone number and e-mail address)

B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: 2037 Walnut Community LLC 4800 Broadway Boulder, CO 80204
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2: Corporation Service Company 1900 W Littleton Blvd. Littleton, CO 80120
Fairfield Properties LP 5355 Mira Sorrento Pl. Ste. 100 San Diego, CA 92121
(Name and complete mailing address)

303 218 5555
(Telephone number and e-mail address if known)

Defendant 3: Fedground Package Ground CT Corporation 7700 E. Arapahoe Rd. Ste. 220 Centennial, CO 80112
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: UPS Express United Parcel Shipping Envelope.1 Overnight Express Envelopes mail service USD USD Checks hold receiving reference CSH UPS FOLDERS Envelope 046 0931 Activate Shipping Service
(Name and complete mailing address) 5020 Ivy Street Commerce CIT. 6300 Hampden Ave Denver CO 80022
3575 Niagara Street 80207-1431

(Telephone number and e-mail address if known) 3575 Niagara Street 80207-1431
Denver CO 80207 United State

FRONT RANGE ENTITIES INC.
4244 MILWAUKEE ST. 2
DENVER, CO 80216
7180 e 54th Place, Commerce City, CO 80022, CO United States

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Fair housing 42 U.S.C 3601, Conspiracy against rights Title 18 U.S.C 241 Fair housing 24-34-502.2*

___   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of *Colorado*.

If Defendant 1 is an individual, Defendant 1 is a citizen of *Colorado*.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in *California* (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

   Supporting facts:

Different terms and Conditions for housing and/or rental application.
Breach of Contract.
Interference of enjoyment.
discrimination of gender




in secret affiliation to cause harm interference of Consumer Product and Services non deliverance of Packages.

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

To Prevent discrimination by direct providers based on sex and/or race. And be free from harrassment of civil violiation to pursuit happiness without interference of enjoyment.

**F.    PLAINTIFF'S SIGNATURE**   *Jo Ann Jerry*

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Jo Ann Jerry*
(Plaintiff's signature)

August 12, 2022
(Date)

(Revised February 2022)